## Commonwealth *v.* White, Appellant.

Submitted January 8, 1974. Before JONES C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Mary Bell Hammerman,* for appellant.

*David Richman,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 25, 1974:
Order affirmed.